# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01007-RTG

AYMN ABDU ABDU,

      Applicant,

v.

DHS,

      Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

     Applicant's Request for Appointment of Counsel (ECF No. 6) is denied without prejudice as premature because the case remains under initial review.

Dated:   March 30, 2026

---